# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                                    §
                                          §
BECKLER, LAURA                            §        Case No. 12-14620 CAD
                                          §
                        Debtor(s)         §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter      of the United States Bankruptcy Code was filed on
    .   The undersigned trustee was appointed on              .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the
disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                    $

            Funds were disbursed in the following amounts:

            Payments made under an interim
            disbursement
            Administrative expenses
            Bank service fees
            Other payments to creditors
            Non-estate funds paid to 3rd Parties
            Exemptions paid to the debtor
            Other payments to the debtor

            Leaving a balance on hand of[1]              $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement
will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the
maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was                    and the deadline for filing governmental claims was                  . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $            . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $        as interim compensation and now requests a sum of $            , for a total compensation of $          [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $        , and now requests reimbursement for expenses of $        , for total expenses of $        [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/CATHERINE STEEGE _____
                                                           Trustee


**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 12-14620 CAD Judge: CAROL A. DOYLE | Trustee Name: | CATHERINE STEEGE |
|---|---|---|---|
| Case Name: | BECKLER, LAURA | Date Filed (f) or Converted (c): | 04/10/12 (f) |
| | | 341(a) Meeting Date: | 06/14/12 |
| For Period Ending: | 06/05/15 | Claims Bar Date: | 11/02/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 302 Stratford Circle, Streamwood IL | 92,000.00 | 0.00 | | 0.00 | FA |
| 2. CASH | 100.00 | 0.00 | | 0.00 | FA |
| 3. Chase Bank Checking Account | 500.00 | 0.00 | | 0.00 | FA |
| 4. Misc used household goods and furnishings | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. Misc used personal items (books and pictures) | 300.00 | 0.00 | | 0.00 | FA |
| 6. Misc used personal clothing | 600.00 | 0.00 | | 0.00 | FA |
| 7. Life Insurance (Term Policy) | 1.00 | 0.00 | | 0.00 | FA |
| 8. 401(k) Pension-Retirement Plan | 70,000.00 | 0.00 | | 0.00 | FA |
| 9. Stocks (United Health Cre Co) | 3,000.00 | 0.00 | | 0.00 | FA |
| 10. Employment Discrimination Claim | Unknown | 79,000.00 | | 79,000.00 | FA |
| 11. 2004 Chevy Venture | 3,000.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $170,501.00 | $79,000.00 | | $79,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:    2

Exhibit A

| | | |
|---|---|---|
| Case No: | 12-14620    CAD    Judge: CAROL A. DOYLE | Trustee Name:    CATHERINE STEEGE |
| Case Name: | BECKLER, LAURA | Date Filed (f) or Converted (c):    04/10/12 (f) |
| | | 341(a) Meeting Date:    06/14/12 |
| | | Claims Bar Date:    11/02/12 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Resolution of discrimination claim

Initial Projected Date of Final Report (TFR): 06/30/14        Current Projected Date of Final Report (TFR): 06/30/15

Page:   1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 12-14620 -CAD |
| Case Name: | BECKLER, LAURA |
| Taxpayer ID No: | *******2892 |
| For Period Ending: | 06/05/15 |

| | |
|---|---|
| Trustee Name: | CATHERINE STEEGE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******9354  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/12/14 | 10 | LENOX ADVISORS, INC. 530 5TH AVENUE, 11TH FLOOR NEW YORK, NY 10036 | SETTLEMENT PAYMENT | 1149-000 | 32,206.75 | | 32,206.75 |
| 12/12/14 | 10 | LENOX ADVISORS, INC. 530 5TH AVENUE, 11TH FLOOR NEW YORK, NY 10036 | SETTLEMENT PAYMENT | 1149-000 | 46,793.25 | | 79,000.00 |
| 12/17/14 | 003001 | Law Offices of Trent & Butcher 350 S. Schamle Road #130 Carol Stream, IL 60188 | Special Counsel Fees and Expenses<br><br>Fees          31,600.00<br>Expenses         606.75 | <br><br>3210-000<br>3220-000 | | 32,206.75 | 46,793.25 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 61.86 | 46,731.39 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 69.48 | 46,661.91 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 62.66 | 46,599.25 |
| 03/18/15 | 003002 | ARTHUR B. LEVINE COMPANY 60 EAST 42ND STREET, ROOM 965 NEW YORK, NY 10165 | BOND PAYMENT | 2300-000 | | 28.33 | 46,570.92 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 69.28 | 46,501.64 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 66.93 | 46,434.71 |

Page Subtotals          79,000.00          32,565.29

LFORM24   **UST Form 101-7-TFR (5/1/2011)** *(Page: 5)*          Ver: 18.05

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 12-14620 -CAD |
| Case Name: | BECKLER, LAURA |
| Taxpayer ID No: | *******2892 |
| For Period Ending: | 06/05/15 |

| | |
|---|---|
| Trustee Name: | CATHERINE STEEGE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******9354  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/11/15 | 003003 | ILLINOIS DEPARTMENT OF REVENUE PO BOX 19053 SPRINGFIELD, IL  62794-9053 | 2014 TAXES | 2820-000 | | 2,701.00 | 43,733.71 |
| 05/11/15 | 003004 | DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE CENTER CINCINNATI, OH 45999-0148 | 2014 TAXES | 2810-000 | | 5,115.00 | 38,618.71 |

|  |  | Deposits ($) | Disbursements ($) | Balance ($) |
|---|---|---|---|---|
| COLUMN TOTALS | | 79,000.00 | 40,381.29 | 38,618.71 |
| Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| Subtotal | | 79,000.00 | 40,381.29 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 79,000.00 | 40,381.29 | |

| | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | | |
| Checking Account (Non-Interest Earn - *******9354 | | 79,000.00 | 40,381.29 | 38,618.71 |
| | | -------------------- | -------------------- | -------------------- |
| | | 79,000.00 | 40,381.29 | 38,618.71 |
| | | ============ | ============ | ============ |
| | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          7,816.00

Ver: 18.05

LFORM24

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: June 05, 2015 |

Case Number: 12-14620
Debtor Name: BECKLER, LAURA

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>3310-00 | ALAN D. LASKO<br>ALAN D. LASKO & ASSOCIATES, P.C.<br>29 SOUTH LA SALLE STREET, #1240<br>CHICAGO, IL 60603 | Administrative | | $0.00 | $1,376.86 | $1,376.86 |
| 001<br>3110-00 | JENNER & BLOCK LLP<br>353 N. Clark Street<br>CHICAGO, IL 60654-3456 | Administrative | | $0.00 | $1,917.29 | $1,917.29 |
| 001<br>2100 | CATHERINE STEEGE, TRUSTEE<br>JENNER & BLOCK LLP<br>353 N. CLARK STREET<br>CHICAGO, IL 60654-3456 | Administrative | | $0.00 | $7,200.00 | $7,200.00 |
| 000001<br>070<br>7100-00 | DISCOVER BANK<br>DB SERVICING CORPORATION<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Unsecured | | $0.00 | $9,932.36 | $9,932.36 |
| 000002<br>070<br>7100-00 | DISCOVER BANK<br>DB SERVICING CORPORATION<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Unsecured | | $0.00 | $4,942.63 | $4,942.63 |
| 000003<br>070<br>7100-00 | BARCLAY<br>4161 PIEDMONT PARKWAY<br>NC4 105 03 14<br>GREENSBORO, NC 27410 | Unsecured | (3-1) MODIFIED TO CORRECT CREDITORS ADDRESS ON 8/30/12 (AR) | $0.00 | $4,990.34 | $4,990.34 |
| 000004<br>080<br>7200-00 | DENNIS J. KIELMA<br>7331 GLADIOLA AVE<br>HANOVER PARK, IL 60133 | Unsecured | | $0.00 | $15,000.00 | $15,000.00 |
| | Case Totals: | | | $0.00 | $45,359.48 | $45,359.48 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-14620 CAD
Case Name: BECKLER, LAURA
Trustee Name: CATHERINE STEEGE

      Balance on hand                           $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: CATHERINE STEEGE | $ | $ | $ |
| Attorney for Trustee Fees: JENNER & BLOCK LLP | $ | $ | $ |
| Attorney for Trustee Expenses: JENNER & BLOCK LLP | $ | $ | $ |
| Accountant for Trustee Fees: ALAN D. LASKO | $ | $ | $ |
| Accountant for Trustee Expenses: ALAN D. LASKO | $ | $ | $ |

      Total to be paid for chapter 7 administrative expenses       $_____

      Remaining Balance                         $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $         must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $           have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be         percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | DISCOVER BANK DB SERVICING CORPORATION PO BOX 3025 NEW ALBANY, OH 43054-3025 | $ | $ | $ |
| 000002 | DISCOVER BANK DB SERVICING CORPORATION PO BOX 3025 NEW ALBANY, OH 43054-3025 | $ | $ | $ |
| 000003 | BARCLAY 4161 PIEDMONT PARKWAY NC4 105 03 14 GREENSBORO, NC 27410 | $ | $ | $ |

Total to be paid to timely general unsecured creditors            $_____

Remaining Balance                                               $_____

Tardily filed claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be        percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | DENNIS J. KIELMA<br>7331 GLADIOLA AVE<br>HANOVER PARK, IL 60133 | $ | $ | $ |

Total to be paid to tardy general unsecured creditors        $_____

Remaining Balance        $_____

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be        percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE