# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BECKLER, LAURA | § | Case No. 12-14620 CAD |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that CATHERINE STEEGE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the U. S. Bankruptcy Court
219 South Dearborn
Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report must appear at the hearing. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on July 9, 2015, in Courtroom 742, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/09/2015              By: CLERK OF THE U.S. BANKRUPTCY
                                          COURT

CATHERINE STEEGE
353 N. Clark Street
CHICAGO, IL 60654-3456

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
BECKLER, LAURA § Case No. 12-14620 CAD
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---:|---:|
| The Final Report shows receipts of | $ | 79,000.00 |
| and approved disbursements of | $ | 40,381.29 |
| leaving a balance on hand of[1] | $ | 38,618.71 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: CATHERINE STEEGE | $ 7,200.00 | $ 0.00 | $ 7,200.00 |
| Attorney for Trustee Fees: JENNER & BLOCK LLP | $ 1,846.50 | $ 0.00 | $ 1,846.50 |
| Attorney for Trustee Expenses: JENNER & BLOCK LLP | $ 70.79 | $ 0.00 | $ 70.79 |
| Accountant for Trustee Fees: ALAN D. LASKO | $ 1,361.70 | $ 0.00 | $ 1,361.70 |
| Accountant for Trustee Expenses: ALAN D. LASKO | $ 15.16 | $ 0.00 | $ 15.16 |

Total to be paid for chapter 7 administrative expenses     $     10,494.15
Remaining Balance                                          $     28,124.56

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 19,865.33  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  100.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | DISCOVER BANK DB SERVICING CORPORATION PO BOX 3025 NEW ALBANY, OH 43054-3025 | $ 9,932.36 | $ 0.00 | $ 9,932.36 |
| 000002 | DISCOVER BANK DB SERVICING CORPORATION PO BOX 3025 NEW ALBANY, OH 43054-3025 | $ 4,942.63 | $ 0.00 | $ 4,942.63 |
| 000003 | BARCLAY 4161 PIEDMONT PARKWAY NC4 105 03 14 GREENSBORO, NC 27410 | $ 4,990.34 | $ 0.00 | $ 4,990.34 |
| | Total to be paid to timely general unsecured creditors | | $ | 19,865.33 |

Remaining Balance $ 8,259.23

Tardily filed claims of general (unsecured) creditors totaling $ 15,000.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 55.1 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | DENNIS J. KIELMA<br>7331 GLADIOLA AVE<br>HANOVER PARK, IL 60133 | $ 15,000.00 | $ 0.00 | $ 8,259.23 |

Total to be paid to tardy general unsecured creditors $ 8,259.23

Remaining Balance $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/CATHERINE STEEGE, TRUSTEE

*CATHERINE STEEGE*
*353 N. Clark Street*
*CHICAGO, IL 60654-3456*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 12-14620-CAD
Laura Beckler                                                       Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: nmolina              Page 1 of 1              Date Rcvd: Jun 10, 2015
                               Form ID: pdf006            Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 12, 2015.
db           +Laura Beckler,    302 Stratford Circle,    Streamwood, IL 60107-2112
19045174     +Advocate Good Shepard Hospital,    Attn Patient Accts,    450 W Highway 22,
               Barrington, IL 60010-1999
19045176      Apria Healthcare,    Attn Patient Accts,    1328 S Highland Ave,    Jackson, TN 38301-7369
19822984      Barclay,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
18758257     +CACV of Colorado Collection Co,    Acct: Bankruptcy Dept,    370 17th Street    #5000,
               Denver, CO 80202-1370
18758258      Chase,    Attn: Bankruptcy Dept,    PO BOX 15298,    Wilmington, DE  19850-5298
18758259     +Chase Manhattan Mortgage,    Attn Bankruptcy Dept,    10790 Rancho Bernardo Rd,
               San Diego, CA 92127-5705
18758260      Chase Manhattan Mortgage.,    Attn Bankruptcy Dept,    3415 Vision Drive,
               Columbus, OH  43219-6009
22296099     +Dennis J Kielma,    7331 Gladiola Ave,    Hanover Park, IL 60133-3207
19371711      FIA CARD SERVICES, N.A.,    Bank of America NA (USA),    4161 Piedmont Parkway,    NC4 105 03 14,
               Greensboro, NC 27410
18758262     +Law Office of Baker & Miller,    RE: Discover Card,    29 N. Wacker Drive 5th FL,
               Chicago, IL 60606-3227
18758263      Law Office of Scott Lowery,    RE: MBNA Card,    4500 Cherry Creek Dr #700,    Denver, CO 80246
18758264      Medical Recovery Specialists,    RE: Good Shepard Hosp,    PO Box 1022,    Wixom, MI 48393-1022
19045175     +Novas & Healthcare,    111 Lions Drive,    Suite #210,   Barrington, IL 60010-3175

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18758255     +E-mail/Text: bkrpt@retrievalmasters.com Jun 11 2015 00:46:16     American Medical Collection,
               RE: Quest Diagnostics,    4 Westchester Plaza, Bldg 4,    Elmsford, NY 10523-1612
18758261      E-mail/PDF: mrdiscen@discover.com Jun 11 2015 00:51:13      Discover Card,
               Attn: Bankruptcy Dept,    PO BOX 30943,    Salt Lake City, UT  84130
19290136      E-mail/PDF: mrdiscen@discover.com Jun 11 2015 00:51:13      Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18758256     ##+Bank of America,    Attn: Bankruptcy Dept,    PO BOX 17054,    Wilmington, DE 19850-7054
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2015                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 9, 2015 at the address(es) listed below:
              Andrew J Nelson    on behalf of Creditor    JPMorgan Chase Bank National Association
               anelson@atty-pierce.com, northerndistrict@atty-pierce.com
              Catherine L Steege, ESQ    on behalf of Trustee Catherine L. Steege, ESQ csteege@jenner.com,
               docketing@jenner.com
              Catherine L. Steege, ESQ    on behalf of Trustee Catherine L. Steege, ESQ csteege@jenner.com,
               csteege@ecf.epiqsystems.com
              Catherine L. Steege, ESQ    csteege@jenner.com, csteege@ecf.epiqsystems.com
              Catherine L. Steege, ESQ    on behalf of Accountant    The Accounting Firm of Alan D Lasko &
               Associates PC csteege@jenner.com, csteege@ecf.epiqsystems.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Richard S Bass    on behalf of Debtor Laura  Beckler rbass@corpoffices.com
              Yanick Polycarpe    on behalf of Creditor    JPMorgan Chase Bank National Association
               ypolycarpe@atty-pierce.com, northerndistrict@atty-pierce.com
                                                                                              TOTAL: 8