UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
BECKLER, LAURA § Case No. 12-14620
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

CATHERINE STEEGE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 78,200.00<br>*(Without deducting any secured claims)* | Assets Exempt: 92,301.00 |
| Total Distributions to Claimants: 28,124.56 | Claims Discharged<br>Without Payment: 38,977.77 |
| Total Expenses of Administration: 50,875.44 | |

3) Total gross receipts of $ 79,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 79,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 99,900.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 52,252.30 | 52,252.30 | 50,875.44 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 32,237.00 | 34,865.33 | 34,865.33 | 28,124.56 |
| **TOTAL DISBURSEMENTS** | $ 132,137.00 | $ 87,117.63 | $ 87,117.63 | $ 79,000.00 |

4) This case was originally filed under chapter 7 on 04/10/2012 . The case was pending for 42 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/09/2015          By:/s/CATHERINE STEEGE
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Employment Discrimination Claim | 1149-000 | 79,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 79,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # : 1 Chase Manhattan Mortgage Attn Bankruptcy Dept 10790 Rancho Bernardo Rd San Diego CA 92127 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # : 2 Chase Manhattan Mortgage. Attn Bankruptcy Dept 3415 Vision Drive Columbus OH 43219-6009 | | 99,900.00 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 99,900.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CATHERINE STEEGE, TRUSTEE | 2100-000 | NA | 7,200.00 | 7,200.00 | 7,200.00 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | NA | 28.33 | 28.33 | 28.33 |
| ASSOCIATED BANK | 2600-000 | NA | 330.21 | 330.21 | 330.21 |
| DEPARTMENT OF THE TREASURY | 2810-000 | NA | 5,115.00 | 5,115.00 | 5,115.00 |
| ILLINOIS DEPARTMENT OF REVENUE | 2820-000 | NA | 2,701.00 | 2,701.00 | 2,701.00 |
| JENNER & BLOCK | 3110-000 | NA | 1,846.50 | 1,846.50 | 1,846.50 |
| JENNER & BLOCK | 3120-000 | NA | 70.79 | 70.79 | 70.79 |
| LAW OFFICES OF TRENT & BUTCHER | 3210-000 | NA | 31,600.00 | 31,600.00 | 31,600.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| LAW OFFICES OF TRENT & BUTCHER | 3220-000 | NA | 606.75 | 606.75 | 606.75 |
| ALAN D. LASKO | 3310-000 | NA | 1,361.70 | 1,361.70 | 0.00 |
| ALAN D. LASKO | 3320-000 | NA | 15.16 | 15.16 | 0.00 |
| ALAN D. LASKO | 3410-000 | NA | 1,361.70 | 1,361.70 | 1,361.70 |
| ALAN D. LASKO | 3420-000 | NA | 15.16 | 15.16 | 15.16 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 52,252.30 | $ 52,252.30 | $ 50,875.44 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :1 American Medical Collection RE: Quest Diagnostics 4 Westchester Plaza, Bldg 4 Elmsford NY 10523 | | 250.00 | NA | NA | 0.00 |
| | Creditor # :2 Bank of America Attn: Bankruptcy Dept PO BOX 17054 Wilmington DE 19850. | | 5,000.00 | NA | NA | 0.00 |
| | Creditor # :3 CACV of Colorado Collection Co Acct: Bankruptcy Dept 370 17th Street #5000 Denver CO 80202 | | 5,202.00 | NA | NA | 0.00 |
| | Creditor # :4 Chase Attn: Bankruptcy Dept PO BOX 15298 Wilmington DE 19850-5298 | | 1,500.00 | NA | NA | 0.00 |
| | Creditor # :5 Discover Card Attn: Bankruptcy Dept PO BOX 30943 Salt Lake City UT 84130 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :6 Law Office of Baker & Miller RE: Discover Card 29 N. Wacker Drive 5th FL Chicago IL 60606 | | 5,000.00 | NA | NA | 0.00 |
| | Creditor # :7 Law Office of Baker & Miller RE: Discover Card 29 N. Wacker Drive 5th FL Chicago IL 60606 | | 9,950.00 | NA | NA | 0.00 |
| | Creditor # :8 Law Office of Scott Lowery RE: MBNA Card 4500 Cherry Creek Dr #700 Denver CO 80246 | | 5,000.00 | NA | NA | 0.00 |
| | Creditor # :9 Medical Recovery Specialists RE: Good Shepard Hosp PO Box 1022 Wixom MI 48393-1022 | | 335.00 | NA | NA | 0.00 |
| 000003 | BARCLAY | 7100-000 | NA | 4,990.34 | 4,990.34 | 4,990.34 |
| 000001 | DISCOVER BANK | 7100-000 | NA | 9,932.36 | 9,932.36 | 9,932.36 |
| 000002 | DISCOVER BANK | 7100-000 | NA | 4,942.63 | 4,942.63 | 4,942.63 |
| 000004 | DENNIS J. KIELMA | 7200-000 | NA | 15,000.00 | 15,000.00 | 8,259.23 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 32,237.00 | $ 34,865.33 | $ 34,865.33 | $ 28,124.56 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 12-14620 | CAD | Judge: CAROL A. DOYLE | Trustee Name: | CATHERINE STEEGE |
|---|---|---|---|---|---|
| Case Name: | BECKLER, LAURA | | | Date Filed (f) or Converted (c): | 04/10/12 (f) |
| | | | | 341(a) Meeting Date: | 06/14/12 |
| For Period Ending: | 09/09/25 | | | Claims Bar Date: | 11/02/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 302 Stratford Circle, Streamwood IL | 92,000.00 | 0.00 | | 0.00 | FA |
| 2. CASH | 100.00 | 0.00 | | 0.00 | FA |
| 3. Chase Bank Checking Account | 500.00 | 0.00 | | 0.00 | FA |
| 4. Misc used household goods and furnishings | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. Misc used personal items (books and pictures) | 300.00 | 0.00 | | 0.00 | FA |
| 6. Misc used personal clothing | 600.00 | 0.00 | | 0.00 | FA |
| 7. Life Insurance (Term Policy) | 1.00 | 0.00 | | 0.00 | FA |
| 8. 401(k) Pension-Retirement Plan | 70,000.00 | 0.00 | | 0.00 | FA |
| 9. Stocks (United Health Cre Co) | 3,000.00 | 0.00 | | 0.00 | FA |
| 10. Employment Discrimination Claim | Unknown | 79,000.00 | | 79,000.00 | FA |
| 11. 2004 Chevy Venture | 3,000.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $170,501.00 | $79,000.00 | | $79,000.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

LFORM1

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

Ver: 18.05

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 12-14620   CAD   Judge: CAROL A. DOYLE | Trustee Name: CATHERINE STEEGE |
| Case Name: | BECKLER, LAURA | Date Filed (f) or Converted (c): 04/10/12 (f) |
| | | 341(a) Meeting Date: 06/14/12 |
| | | Claims Bar Date: 11/02/12 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Resolution of discrimination claim

Initial Projected Date of Final Report (TFR): 06/30/14    Current Projected Date of Final Report (TFR): 06/30/15

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-14620 -CAD | | Trustee Name: | CATHERINE STEEGE |
| Case Name: | BECKLER, LAURA | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******9354 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2892 | | | |
| For Period Ending: | 09/09/25 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform<br>Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/12/14 | 10 | LENOX ADVISORS, INC.<br>530 5TH AVENUE, 11TH FLOOR<br>NEW YORK, NY 10036 | SETTLEMENT PAYMENT | 1149-000 | 32,206.75 | | 32,206.75 |
| 12/12/14 | 10 | LENOX ADVISORS, INC.<br>530 5TH AVENUE, 11TH FLOOR<br>NEW YORK, NY 10036 | SETTLEMENT PAYMENT | 1149-000 | 46,793.25 | | 79,000.00 |
| 12/17/14 | 003001 | Law Offices of Trent & Butcher<br>350 S. Schamle Road #130<br>Carol Stream, IL 60188 | Special Counsel Fees and Expenses<br><br>Fees          31,600.00<br>Expenses         606.75 | <br><br>3210-000<br>3220-000 | | 32,206.75 | 46,793.25 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 61.86 | 46,731.39 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 69.48 | 46,661.91 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 62.66 | 46,599.25 |
| 03/18/15 | 003002 | ARTHUR B. LEVINE COMPANY<br>60 EAST 42ND STREET, ROOM 965<br>NEW YORK, NY 10165 | BOND PAYMENT | 2300-000 | | 28.33 | 46,570.92 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 69.28 | 46,501.64 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 66.93 | 46,434.71 |
| | | | Page Subtotals | | 79,000.00 | 32,565.29 | |

Ver: 18.05

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 12-14620 -CAD |
| Case Name: | BECKLER, LAURA |
| Taxpayer ID No: | *******2892 |
| For Period Ending: | 09/09/25 |

| | |
|---|---|
| Trustee Name: | CATHERINE STEEGE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******9354 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/11/15 | 003003 | ILLINOIS DEPARTMENT OF REVENUE<br>PO BOX 19053<br>SPRINGFIELD, IL 62794-9053 | 2014 TAXES | 2820-000 | | 2,701.00 | 43,733.71 |
| 05/11/15 | 003004 | DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE CENTER<br>CINCINNATI, OH 45999-0148 | 2014 TAXES | 2810-000 | | 5,115.00 | 38,618.71 |
| 07/14/15 | 003005 | CATHERINE STEEGE, TRUSTEE<br>JENNER & BLOCK LLP<br>353 N. CLARK STREET<br>CHICAGO, IL 60654-3456 | FINAL DISTRIBUTION | 2100-000 | | 7,200.00 | 31,418.71 |
| 07/14/15 | 003006 | JENNER & BLOCK LLP<br>353 N. Clark Street<br>CHICAGO, IL 60654-3456<br><br>Fees        1,846.50<br>Expenses       70.79 | FINAL DISTRIBUTION<br><br><br><br>3110-000<br>3120-000 | | | 1,917.29 | 29,501.42 |
| 07/14/15 | 003007 | ALAN D. LASKO<br>ALAN D. LASKO & ASSOCIATES, P.C.<br>Suite 1150<br>205 West Randolph Street<br>CHICAGO, IL 60606<br><br>Fees        1,361.70<br>Expenses       15.16 | FINAL DISTRIBUTION<br><br><br><br><br><br>3410-000<br>3420-000 | | | 1,376.86 | 28,124.56 |
| 07/14/15 | 003008 | DISCOVER BANK | FINAL DISTRIBUTION | 7100-000 | | 9,932.36 | 18,192.20 |

Page Subtotals        0.00        28,242.51

Ver: 18.05

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-14620 -CAD | Trustee Name: | CATHERINE STEEGE |
|---|---|---|---|
| Case Name: | BECKLER, LAURA | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9354  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2892 | | |
| For Period Ending: | 09/09/25 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | DB SERVICING CORPORATION<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | | | | | |
| 07/14/15 | 003009 | DISCOVER BANK<br>DB SERVICING CORPORATION<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | FINAL DISTRIBUTION | 7100-000 | | 4,942.63 | 13,249.57 |
| 07/14/15 | 003010 | BARCLAY<br>4161 PIEDMONT PARKWAY<br>NC4 105 03 14<br>GREENSBORO, NC 27410 | FINAL DISTRIBUTION | 7100-000 | | 4,990.34 | 8,259.23 |
| 07/14/15 | 003011 | DENNIS J. KIELMA<br>7331 GLADIOLA AVE<br>HANOVER PARK, IL 60133 | FINAL DISTRIBUTION | 7200-000 | | 8,259.23 | 0.00 |

|  | COLUMN TOTALS | 79,000.00 | 79,000.00 | 0.00 |
|---|---|---|---|---|
|  | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
|  | Subtotal | 79,000.00 | 79,000.00 | |
|  | Less: Payments to Debtors | | 0.00 | |
|  | Net | 79,000.00 | 79,000.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - *******9354 | 79,000.00 | 79,000.00 | 0.00 |
| | 79,000.00 | 79,000.00 | 0.00 |

Page Subtotals     0.00     18,192.20

Ver: 18.05

LFORM24

Page: 4

Exhibit 9

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-14620 -CAD | | Trustee Name: | CATHERINE STEEGE |
|---|---|---|---|---|
| Case Name: | BECKLER, LAURA | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******9354  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2892 | | | |
| For Period Ending: | 09/09/25 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | | | Page Subtotals | 0.00 | 0.00 | |

Ver: 18.05